COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 
 center10985500
 
 October 5, 2016
 No. 10-16-00311-CR
 IN RE DEMARCUS DONTRELL RIDGE
 
 
 center-4254500
 Original Proceeding
 
--------------------------------------------------------------------------------
JUDGMENT

 The "Original Application for Writ of Mandamus" filed by Demarcus Dontrell Ridge has been considered by the Court. Because the Court has no jurisdiction of this proceeding, the Court has determined that the "Original Application for Writ of Mandamus" should be and hereby is dismissed.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court.
 PER CURIAM
 SHARRI ROESSLER, CLERK 
3040380-1206500
 By: ___________________________
 Nita Whitener, Deputy Clerk
1006779787783800